## 6721.   JACKSON v. COATES.

RUSSELL, C. J.   The judge of the superior court did not abuse his discretion in overruling the certiorari.           *Judgment affirmed.*

DECIDED MAY 30, 1916.

Certiorari; from Fulton superior court—Judge Bell.    March 30, 1915.

*D. K. Johnston,* for plaintiff in error.

*W. F. Slaton Jr.,* contra.

---

## 6748.   JONES v. COOPER.

RUSSELL, C. J.   The evidence authorized the verdict, and there was no error in overruling the petition for certiorari.    *Judgment affirmed.*

DECIDED MAY 30, 1916.

Certiorari; from Grady superior court—Judge Cox.    June 23, 1915.

*J. J. Hill, B. C. Gardner,* for plaintiff in error.

*Ira Carlisle,* contra.